WILLIAM G. MALCOLM, #129271
KEVIN HAHN, #231579
MALCOLM ♦ CISNEROS
2112 Business Center Drive
2nd Floor
Irvine, California 92612
Telephone:     (949) 252-9400
Telecopier:    (949) 252-1032

Attorneys for Appellee

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>**Jo Ann Vassallo**<br><br>        Debtor.<br>_____<br><br>**Jo Ann Vassallo**<br><br>        Appellant,<br>  vs.<br><br>**Randal D. Naiman**<br><br>        Appellee. | District Court Case Number<br>NO. **2:11-CV-02022-WBS**<br><br>Bankruptcy Court Case Number<br>NO. **08-37113-D-7**<br><br>Adversary Proceeding Number<br>NO. **09-02092**<br><br>Bankruptcy Appellate Panel Number<br>NO. **EC-11-1303**<br><br>**ORDER ON STIPULATION FOR EXTENSION TO FILE RESPONSIVE BRIEF** |

      The Court, having reviewed the Stipulation for Extension of Time to File Appellees' Brief, and good cause appearing, orders as follows:

      IT IS HEREBY ORDERED that Appellees RANDALL D. NAIMAN and NAIMAN LAW GROUP, P.C., shall have until December 6, 2011 to file their opening brief.

1

1
2
3  Dated:   November 29, 2011
4
5                                    WILLIAM B. SHUBB
6                                    UNITED STATES DISTRICT JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28