1  WILLIAM G. MALCOLM, #129271
   KEVIN HAHN, #231579
2  MALCOLM ♦ CISNEROS
   2112 Business Center Drive
3  2nd Floor
   Irvine, California 92612
4  Telephone:    (949) 252-9400
   Telecopier:   (949) 252-1032
5
6  Attorneys for Appellee

7                UNITED STATES DISTRICT COURT

8                EASTERN DISTRICT OF CALIFORNIA

9

10 In re                                    )  District Court Case Number
                                            )  NO. **2:11-CV-02022-WBS**
11 **Jo Ann Vassallo**                      )
                                            )  Bankruptcy Court Case Number
12           Debtor.                        )  NO. **08-37113-D-7**
                                            )
13 ―――――――――――――――――――――                    )  Adversary Proceeding Number
                                            )  NO. **09-02092**
14 **Jo Ann Vassallo**                      )
                                            )  Bankruptcy Appellate Panel Number
15           Appellant,                     )  NO. **EC-11-1303**
         vs.                                )
16                                          )
                                            )
17 **Randal D. Naiman**                     )
                                            )
18           Appellee.                      )  **ORDER ON STIPULATION FOR**
                                            )  **EXTENSION TO FILE RESPONSIVE BRIEF**
19                                          )
                                            )
20                                          )
                                            )
21                                          )
                                            )
22                                          )
                                            )
23 ―――――――――――――――――――――                    )

24

25     The Court, having reviewed the Stipulation for Extension of Time to File Appellees' Brief,

26 and good cause appearing, orders as follows:

27     IT IS HEREBY ORDERED that Appellees RANDALL D. NAIMAN and NAIMAN LAW

28 GROUP, P.C., shall have until December 6, 2011 to file their opening brief.

                                    1

```
Dated:  November 29, 2011
```

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2